UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. RICHARD W. GOLDBERG

|  |  |
|---|---|
| UNITED STATES OF AMERICA.,<br><br>        Plaintiff,<br><br>        v.<br><br>GREAT AMERICAN INSURANCE COMPANY OF NY a/k/a/ AMERICAN NATIONAL FIRE INSURANCE COMPANY,<br><br>        and<br><br>WASHINGTON INTERNATIONAL INSURANCE COMPANY,<br><br>        Defendants. | Court No. 09-00187 |

## ORDER

Upon consideration of the moving papers filed in this action, and all other papers and proceedings herein; and upon due deliberation, it is hereby

ORDERED that the Plaintiff's Motion to Compel is granted in part, and reserved in part; and it is further

ORDERED that, no later than April 9, 2010, defendant, Great American Insurance Company, shall provide Plaintiff with complete and proper responses to interrogatories 5(b), 5(c), 12(b), 23, and 25 (b); and it is further

ORDERED that this Court reserves ruling on Plaintiff's document production requests, including requests for:

    1.    A privilege log identifying every responsive document for which Great American is claiming a privilege;

    2.    Great American Insurance Company to identify and provide or make available to counsel for plaintiff all documents produced in <u>Great</u>

<u>American Ins. Co. of NY v. The CIMA Cos., Inc.</u>, No. 04-1363 (E.D. La.), that are responsive to any of plaintiff's discovery requests.

Dated: New York, NY
      This 31 day of March, 2010.

/S/     <u>Richard W. Goldberg</u>
      Senior Judge

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: March 31, 2010          By: /s/ Casey A. Cheevers
                                    Deputy Clerk